Núm. 8348.—De la Cruz, apldo. *v.* Gordon, et als., apltes.—C. D. San Juan.  Julio 15, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, con fecha 23 de abril de 1941, después de considerar la moción sobre desestimación de la apelación interpuesta por el demandante apelado, esta corte dictó una resolución, cuya parte dispositiva lee como sigue:

"Por tanto, la Corte, en uso de su discreción, declara no haber lugar a la desestimación, con permiso a la parte apelada de reproducir su petición si la parte apelante no archiva en este tribunal la transcripción de los autos acompañada de su alegato dentro de un término que vencerá el 31 de mayo de 1941."

Por cuanto, en junio 2, 1941, la parte apelada radicó una nueva moción de desestimación, alegando que los apelantes no han cumplido con lo ordenado por esta corte en su citada resolución de abril 23, 1941;

Por cuanto, de los autos aparece que la transcripción de autos y la transcripción de evidencia fueron radicadas en la secretaría de este Tribunal el día 3 de junio de 1941, pero no aparece que los apelantes hayan radicado hasta la fecha su alegato, según lo ordenado por esta corte;

Por cuanto, los apelantes no comparecieron a la vista de la moción de desestimación, celebrada el día 14 de julio de 1941, ni han presentado a la consideración del tribunal las razones o motivos que hayan podido tener para no radicar su alegato dentro del término fijado por esta corte;

Por lo tanto, se declara con lugar la moción de desestimación y se desestima, por abandono, el recurso.